NUMBER 13-09-00191-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

RONALD E. ORMAND, Appellant,


v.



THE STATE OF TEXAS, Appellee. 

_____________________________________________________________


On appeal from the 36th District Court of Aransas County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam


 Appellant, Ronald E. Ormand, perfected an appeal from a judgment rendered
against him in favor of appellee, The State of Texas. On June 9, 2009, the Clerk of this
Court notified appellant that the clerk's record in the above cause was originally due on
June 5, 2009, and that the district clerk, Pam Heard, had notified this Court that appellant
failed to make arrangements for payment of the clerk's record. The Clerk of this Court
notified appellant of this defect so that steps could be taken to correct the defect, if it could
be done. See Tex. R. App. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect
was not corrected within ten days from the date of receipt of this notice, the appeal would
be dismissed for want of prosecution. 

 Appellant has failed to respond to this Court's notice. Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION. See Tex. R. App. P. 42.3(b), (c). 

 PER CURIAM

Memorandum Opinion delivered and filed 

this the day of 30th day of July, 2009.